UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JAMES GARDNER,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY SUPERIOR COURT, et al.,<br>Defendants. | Case No. 2:26-cv-3224-WBS-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2026, ECF No. 8, are ADOPTED in

full;

2. The complaint, ECF No. 1, is DISMISSED without leave to amend for failure to state a cognizable claim; and

3. The Clerk of Court is directed to enter judgment and close this action.

Dated: November 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE